1  COOLEY LLP
   MICHELLE C. DOOLIN (179445)
2  (DOOLINMC@COOLEY.COM)
   LEO P. NORTON (216282)
3  (LNORTON@COOLEY.COM)
   ERIN E. GOODSELL (262967)
4  (EGOODSELL@COOLEY.COM)
   4401 Eastgate Mall
5  San Diego, CA  92121
   Telephone:  (858) 550-6000
6  Facsimile:   (858) 550-6420

7  Attorneys for Defendant
   Barnes & Noble, Inc.
8

9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11                    SOUTHERN DIVISION
12

| | |
|---|---|
| KEVIN KHOA NGUYEN, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BARNES & NOBLE, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  12-cv-00812 JLS RNB<br><br>**BARNES & NOBLE, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:     February 20, 2015<br>Time:     2:30 p.m.<br>Judge:   Hon. Josephine L. Staton<br>Room:    10A |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

NOTICE OF MOTION AND MOTION TO
DISMISS
CASE NO. 12-CV-00812 JLS RNB

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 20, 2015, at 2:30 p.m., at the United States District Court for the Central District of California, located at 411 West Fourth Street, Room 1053, Santa Ana, California, Barnes & Noble, Inc. ("Barnes & Noble") hereby moves under Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure for an order dismissing with prejudice each claim asserted in the first amended complaint on the grounds that plaintiff Kevin Khoa Nguyen has failed to state a claim against Barnes & Noble upon which relief can be granted and has failed to plead his claims against Barnes & Noble with particularity.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and the complete record in this action and all matters as the Court may properly consider at the hearing on this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took originally took place on September 19, 2012 and more recently during the parties' conference on November 18, 2014 and follow up communications.

Dated: December 29, 2014

COOLEY LLP
MICHELLE C. DOOLIN (179445)
LEO P. NORTON (216282)
ERIN E. GOODSELL (262967)

/s/ **Leo P. Norton**
Michelle C. Doolin (179445)
Email: lnorton@cooley.com
Attorneys for Defendant
Barnes & Noble, Inc.

112818507